NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CLEAR WITH COMPUTERS, LLC,**
*Plaintiff-Appellee,*

v.

**HYUNDAI MOTOR AMERICA, INC.,**
*Defendant- Appellant.*

---

2012-1291

---

Appeal from the United States District Court for the Eastern District of Texas in case no. 09-CV-0479, Chief Judge Leonard Davis.

---

## ON MOTION

---

## ORDER

Clear with Computers, LLC moves for a 49-day extension of time, until September 24, 2012, to file its response brief. Hyundai Motor America, Inc. opposes.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

AUG 0 8 2012
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Marc A. Fenster, Esq.
     Gene C. Schaerr, Esq.

s26

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 0 8 2012

JAN HORBALY
CLERK